**UNITED STATES of America,**
**Appellant**

v.

**Thomas H. FOYE, etc.**

**No. 16621.**

United States Court of Appeals
Eighth Circuit.

Dec. 14, 1960.

Clinton G. Richards, U. S. Atty., Sioux Falls, S. D., for appellant.

Joseph M. Butler, Rapid City, S. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed with prejudice but without costs to either party, on stipulation of parties.

---

**BLOOMFIELD STEAMSHIP COMPANY,**
**Petitioner,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 18322.**

United States Court of Appeals
Fifth Circuit.

Jan. 23, 1961.

C. W. Wellen, William M. Ryan, Charles W. Hall, Houston, Tex., Fulbright, Crooker, Freeman, Bates & Jaworski, Houston, Tex., of counsel, for petitioner.

Morton K. Rothschild, Harold M. Seidel, Lee A. Jackson, Harry Baum, Attys., Dept. of Justice, Claude R. Marshall, Sp. Atty., Hart H. Spiegel, Chief Counsel, I. R. S., Washington, D. C., Charles K. Rice, Asst. Atty. Gen., Dept. of Justice, for respondent.

Before TUTTLE, Chief Judge, JONES, Circuit Judge, and MIZE, District Judge.

PER CURIAM.

The facts of this controversy, involving a liability of the petitioner for Federal income taxes, and the Tax Court's reasons for its decision against the petitioner are set forth in the Tax Court's opinion. Bloomfield Steamship Company v. Commissioner of Internal Revenue, 33 T.C. 75. We find no error in the conclusions reached by the Tax Court and its decision is

Affirmed.

---

**Donald J. CLARK, Appellant**

v.

**Edmund G. ZIMMERER et al.**

**No. 16668.**

United States Court of Appeals
Eighth Circuit.

Dec. 24, 1960.

Life, Davis & Life, Oskaloosa, Iowa, for appellant.

Oscar E. Johnson and Emmet Tinley, Council Bluffs, Iowa, for appellees.

PER CURIAM.

Appeal from District Court docketed and dismissed at costs of appellant, on motion of appellees.